1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Victoria Flanigan,                                    No. CV-20-01854-PHX-DJH

10            Plaintiff,                                       **ORDER**

11   v.

12   EMCOR Facilities Services Incorporated,

13            Defendant.

14

15       The Court having reviewed the parties' Stipulation of Dismissal (Doc. 5), filed on

16   November 4, 2020,

17       **IT IS ORDERED** approving the Stipulation (Doc. 5) and dismissing this action in

18   its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

19       **IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

20       Dated this 4th day of November, 2020.

21
22
23

Honorable Diane J. Humetewa
United States District Judge

24
25
26
27
28